# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| University of Maryland | )     ASBCA Nos. 61199, 61200 |
| | ) |
| Under Contract No. H98230-07-D-0175 | ) |

APPEARANCES FOR THE APPELLANT:    Paul E. Pompeo, Esq.
Craig A. Schwartz, Esq.
Jen Gartner, Esq.
  Arnold & Porter Kaye Scholer LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Darrell F. Cook, Esq.
  Associate General Counsel
Roshni Kurian, Esq.
Sean M. Costello, Esq.
Kathryn J. Payne, Esq.
  Trial Attorneys
  National Security Agency
  Fort George G. Meade, MD

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 12, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61199, 61200, Appeals of University of Maryland, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals